THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent, Respondent,
 v.
 Keremme
 Marquese Moffat, Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2009-UP-140
Submitted March 3, 2009  Filed March 11,
 2009   
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Deborah R.J. Shupe, all 
 of Columbia; Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Keremme Marquese Moffat appeals his conviction
 for purchasing marijuana, arguing the trial court erred: (1) in admitting
 evidence obtained in a search of the alleged seller's residence, and (2) in
 denying his motion for summary judgment.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: State v. Smith,
 337 S.C. 27, 34, 522 S.E.2d 598, 601 (1999) (stating where a defendant did
 not object at trial on the same grounds
 as raised on appeal, the issue is not preserved for
 review); State v. Osborne, 335 S.C. 172, 180, 516 S.E.2d 201, 205 (1999)
 ("[T]he corroboration rule is satisfied if the State provides sufficient
 independent evidence which serves to corroborate the defendant's extra-judicial
 statements and, together with such statements, permits a reasonable belief that
 the crime occurred.").
AFFIRMED.
HUFF,
 WILLIAMS, and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.